IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DEKATOR MATTHEW THORPE,

    Plaintiff,

v.

MICHAEL MORELL and DALE J. SCHMIDT,

    Defendants.

ORDER

Case No. 15-cv-251-wmc

Plaintiff Dekator Matthew Thorpe has filed a proposed civil complaint. Plaintiff has asked for leave to proceed *in forma pauperis* and has supported his request with an affidavit of indigency.

From the affidavit of indigency plaintiff has submitted, I find that plaintiff is unable to prepay the fees and costs of commencing this action or to give security therefor.

Accordingly, IT IS ORDERED that plaintiff Dekator Matthew Thorpe's petition for leave to proceed *in forma pauperis* is GRANTED. No further action will be taken in this case until the court has screened the complaint pursuant to 28 U.S.C. § 1915 to determine whether the case must be dismissed because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. Once the screening process is complete, a separate order will issue.

Entered this 29th day of April, 2015.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge