IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

DEKATOR MATTHEW THORPE,

    Plaintiff,                      JUDGMENT IN A CIVIL CASE

v.                                Case No. 15-cv-251-wmc

MICHAEL MORELL and
DALE J. SCHMIDT,

    Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice

| /s/ | 7/29/2015 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |